# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| In re: UDCHIK, ANTHONY R.<br>UDCHIK, TANYA<br><br>Debtor(s) | § Case No. 14-83512<br>§<br>§<br>§ |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 20, 2014. The undersigned trustee was appointed on February 11, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $         24,141.25

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 12.58 |
   | Bank service fees | 32.77 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]     $ | 24,095.90 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/23/2015 and the deadline for filing governmental claims was 05/19/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,164.13. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,164.13, for a total compensation of $3,164.13.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/29/2015      By: /s/JAMES E. STEVENS
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-83512  
**Case Name:** UDCHIK, ANTHONY R.  
UDCHIK, TANYA  
**Period Ending:** 06/29/15

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 11/20/14 (f)  
**§341(a) Meeting Date:** 12/23/14  
**Claims Bar Date:** 04/23/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   3808 Monica Trail, Crystal Lake | 494,000.00 | 0.00 | | 0.00 | FA |
| 2   checking and savings at US Bank | 500.00 | 0.00 | | 0.00 | FA |
| 3   Household goods, furniture and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 4   computer, cds, dvds and pictures | 300.00 | 0.00 | | 0.00 | FA |
| 5   necessary wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6   Retirement Annutiy with Bricklayers Union | 9,676.30 | 0.00 | | 0.00 | FA |
| 7   Fidelity retirement account | 16,000.00 | 0.00 | | 0.00 | FA |
| 8   stock in Walgreens     See Amended Schedule C filed January 13, 2015. | 7,063.05 | 2,063.05 | | 2,065.25 | FA |
| 9   2015 Chevy Equinox 200 miles | 25,000.00 | 0.00 | | 0.00 | FA |
| 10  2011 Cadillac Escalade 40,000 miles | 29,200.00 | 0.00 | | 0.00 | FA |
| 11  2007 Chevy Tahoe 106,00 miles | 10,000.00 | 0.00 | | 0.00 | FA |
| 12  2014 FEDERAL INCOME TAX REFUND  (u) | 21,045.00 | 21,045.00 | | 21,045.00 | FA |
| 13  2014 STATE INCOME TAX REFUND  (u) | 1,031.00 | 1,031.00 | | 1,031.00 | FA |
| 14  Preferential Payment to Niece | 5,000.00 | 0.00 | | 0.00 | FA |
| 14  Assets  Totals (Excluding unknown values) | **$620,815.35** | **$24,139.05** | | **$24,141.25** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 11, 2015    **Current Projected Date Of Final Report (TFR):**    June 11, 2015  (Actual)

Printed: 06/29/2015 12:15 PM    V.13.23

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-83512  
**Case Name:** UDCHIK, ANTHONY R.  
UDCHIK, TANYA  
**Taxpayer ID #:** **-***8294  
**Period Ending:** 06/29/15

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4566 - Checking Account  
**Blanket Bond:** $780,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/27/15 | {12} | TANYA UDCHIK | 2014 FEDERAL INCOME TAX REFUND | 1224-000 | 21,045.00 | | 21,045.00 |
| 04/27/15 | {13} | TANYA UDCHIK | 2014 STATE OF ILLINOIS TAX REFUND | 1224-000 | 1,031.00 | | 22,076.00 |
| 05/06/15 | {8} | Fidelity Brokerage Services, LLC | sale of Walgreens stock by the Udchiks | 1129-000 | 2,065.25 | | 24,141.25 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.77 | 24,108.48 |
| 06/09/15 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2015 FOR CASE #14-83512, Bond #016018067 | 2300-000 | | 12.58 | 24,095.90 |
| | | | **ACCOUNT TOTALS** | | 24,141.25 | 45.35 | $24,095.90 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 24,141.25 | 45.35 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$24,141.25** | **$45.35** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4566** | 24,141.25 | 45.35 | 24,095.90 |
| | $24,141.25 | $45.35 | $24,095.90 |

{} Asset reference(s)

Printed: 06/29/2015 12:15 PM   V.13.23

Printed: 06/29/15 12:15 PM                               **Exhibit C**                                             Page: 1

## Case: 14-83512    UDCHIK, ANTHONY R.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| **Secured Claims:** | | | | | | | | |
| 8 | 03/05/15 | 100 | Northfield Block Company<br>c/o Loftus and Loftus<br>646 Busse Highway<br>Park Ridge, IL 60068<br><4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)><br>Amended by Claim No. 8-2 filed 3/10/15. | 32,074.64 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8 -2 | 03/05/15 | 100 | Northfield Block Company<br>c/o Loftus and Loftus<br>646 Busse Highway<br>Park Ridge, IL 60068<br><4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)><br>Amended by Claim No. 8-3 filed 3/10/15. | 32,074.64 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8 -3 | 03/05/15 | 100 | Northfield Block Company<br>c/o Loftus and Loftus<br>646 Busse Highway<br>Park Ridge, IL 60068<br><4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)><br>Claim No. 8-3 is allowed as a secured creditor but disallowed for purposes of distribution. The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | 32,074.64 | 0.00 * | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 100:   0% Paid** | **$96,223.92** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | **Total for Secured Claims:** | **$96,223.92** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 11/20/14 | 200 | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3110-00  Attorney for Trustee Fees (Trustee Firm)> | 868.00 | 868.00 | 0.00 | 868.00 | 868.00 |
| | 11/20/14 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br><2100-00  Trustee Compensation> | 3,164.13 | 3,164.13 | 0.00 | 3,164.13 | 3,164.13 |
| | | | **Total for Priority 200:   100% Paid** | **$4,032.13** | **$4,032.13** | **$0.00** | **$4,032.13** | **$4,032.13** |
| | | | **Total for Admin Ch. 7 Claims:** | **$4,032.13** | **$4,032.13** | **$0.00** | **$4,032.13** | **$4,032.13** |
| **Priority Claims:** | | | | | | | | |
| 9 | 03/06/15 | 500 | Botto Gilbert Lancaster PC<br>970 McHenry Avenue<br>Crystal Lake, IL 60014<br><5100-00  Domestic Support Obligations> | 3,950.00 | 3,950.00 | 0.00 | 3,950.00 | 3,950.00 |

(*) Denotes objection to Amount Filed

Printed: 06/29/15 12:15 PM                                    **Exhibit C**                                         Page: 2

## Case: 14-83512    UDCHIK, ANTHONY R.

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| 12 | 04/01/15 | 500 | Dawn M Udchik<br>331 Hickory Drive<br>Crystal Lake, IL 60014<br>&lt;5100-00    Domestic Support Obligations&gt; | 8,425.00 | 8,425.00 | 0.00 | 8,425.00 | 8,425.00 |
| | | | **Total for Priority 500:    100% Paid** | **$12,375.00** | **$12,375.00** | **$0.00** | **$12,375.00** | **$12,375.00** |
| 7P | 03/04/15 | 570 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338<br>&lt;5800-00    Claims of Governmental Units&gt; | 138,646.30 | 138,646.30 | 0.00 | 138,646.30 | 7,688.77 |
| | | | **Priority 570:    5.54560% Paid** | | | | | |
| | | | **Total for Priority Claims:** | **$151,021.30** | **$151,021.30** | **$0.00** | **$151,021.30** | **$20,063.77** |

**Unsecured Claims:**

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| 1 | 01/27/15 | 610 | Campion Curran Lamb & Cunabaugh<br>8600 US Highway 14 Ste 201<br>Crystal Lake, IL 60012<br>&lt;7100-00    General Unsecured § 726(a)(2)&gt; | 7,284.44 | 7,284.44 | 0.00 | 7,284.44 | 0.00 |
| 2 | 01/28/15 | 610 | South Field Corporation<br>Franks Gerkin McKenna PC<br>19333 East Grant Highway<br>Marengo, IL 60152<br>&lt;7100-00    General Unsecured § 726(a)(2)&gt; | 4,537.39 | 4,537.39 | 0.00 | 4,537.39 | 0.00 |
| 3 | 02/06/15 | 610 | Delta Management Group Inc<br>2499 Rice Street Suite 245<br>Saint Paul, MN 55113<br>&lt;7100-00    General Unsecured § 726(a)(2)&gt; | 91,639.51 | 91,639.51 | 0.00 | 91,639.51 | 0.00 |
| 4 | 02/11/15 | 610 | Ridgestone Bank<br>13925 W. North Avenue<br>Brookfield, WI 53005<br>&lt;7100-00    General Unsecured § 726(a)(2)&gt; | 686,332.56 | 686,332.56 | 0.00 | 686,332.56 | 0.00 |
| 5 | 02/13/15 | 610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br>&lt;7100-00    General Unsecured § 726(a)(2)&gt; | 1,338.44 | 1,338.44 | 0.00 | 1,338.44 | 0.00 |
| 6 | 02/13/15 | 610 | TD Auto Finance LLC<br>P.O. Box 16041<br>Lewiston, ME 04243-9523<br>&lt;7100-00    General Unsecured § 726(a)(2)&gt; | 9,073.79 | 9,073.79 | 0.00 | 9,073.79 | 0.00 |
| 7U | 03/04/15 | 610 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338<br>&lt;7100-00    General Unsecured § 726(a)(2)&gt; | 12,757.80 | 12,757.80 | 0.00 | 12,757.80 | 0.00 |

Printed: 06/29/15 12:15 PM                    **Exhibit C**                              Page: 3

**Case: 14-83512    UDCHIK, ANTHONY R.**

| Claim # | Date | Pri | Claimant / Proof / \<Category\> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 10 | 03/23/15 | 610 | Nicor Gas<br>PO Box 549<br>Aurora, IL 60507<br>\<7100-00   General Unsecured § 726(a)(2)\> | 169.88 | 169.88 | 0.00 | 169.88 | 0.00 |
| 11 | 03/30/15 | 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br>\<7100-00   General Unsecured § 726(a)(2)\> | 1,687.13 | 1,687.13 | 0.00 | 1,687.13 | 0.00 |
| 13 | 04/02/15 | 610 | Cavalry SPV I, LLC.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd. Ste 200<br>Tucson, AZ 85712<br>\<7100-00   General Unsecured § 726(a)(2)\> | 9,894.63 | 9,894.63 | 0.00 | 9,894.63 | 0.00 |
| 14 | 04/17/15 | 610 | CAN Capital Asset Servicing Inc<br>f/k/a New Logic Business Lioans Inc<br>2015 Vaughn Road, Building 500<br>Kennesaw, GA 30144<br>\<7100-00   General Unsecured § 726(a)(2)\> | 95,179.58 | 95,179.58 | 0.00 | 95,179.58 | 0.00 |
| 15 | 04/20/15 | 610 | Administrative District Council 1 of II of the I<br>c/o Josiah A. Groff,Dowd, Bloch,<br>Bennett & Cervone,8 South Michigan Ave.,<br>Chicago, IL 60603<br>\<7100-00   General Unsecured § 726(a)(2)\> | 28,754.79 | 28,754.79 | 0.00 | 28,754.79 | 0.00 |
| 16 | 04/20/15 | 610 | Administrative District Council 1<br>Welfare Fund<br>c/o Josiah A. Groff,Dowd, Bloch,<br>Bennett & Cervone,8 S. Michigan Ave., 19<br>Chicago, IL 60603<br>\<7100-00   General Unsecured § 726(a)(2)\> | 46,411.26 | 46,411.26 | 0.00 | 46,411.26 | 0.00 |
| 17 | 04/20/15 | 610 | Bricklayers and Stone Masons of<br>Illinois District<br>Council No. 1 B.A.C. Annuity Trust Fund,<br>Chicago, IL 60603<br>\<7100-00   General Unsecured § 726(a)(2)\> | 22,282.44 | 22,282.44 | 0.00 | 22,282.44 | 0.00 |
| 18 | 04/20/15 | 610 | Bricklayers and Trowel Trades<br>International<br>Pension Fund,c/o Josiah A. Groff,Dowd,<br>Bloch Bennett & Cervone,8 S. Michigan Av<br>Chicago, IL 60603<br>\<7100-00   General Unsecured § 726(a)(2)\> | 4,308.63 | 4,308.63 | 0.00 | 4,308.63 | 0.00 |
| 19 | 04/20/15 | 610 | Bricklayers Local 21 Pension Fund<br>c/o Josiah A. Groff,Dowd, Bloch,<br>Bennett & Cervone,8 S. Michigan Ave., 19<br>Chicago, IL 60603<br>\<7100-00   General Unsecured § 726(a)(2)\> | 31,988.77 | 31,988.77 | 0.00 | 31,988.77 | 0.00 |

Printed: 06/29/15 12:15 PM  **Exhibit C**  Page: 4

### Case: 14-83512   UDCHIK, ANTHONY R.

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 20 | 04/20/15 | 610 | International Masonry Institute<br>c/o Josiah A. Groff,Dowd, Bloch,<br>Bennett & Cervone,8 S. Michigan Ave., 19<br>Chicago, IL 60603<br><7100-00   General Unsecured § 726(a)(2)> | 2,381.23 | 2,381.23 | 0.00 | 2,381.23 | 0.00 |
| 21 | 04/20/15 | 610 | United Order of American Bricklayers &<br>Stone Mason<br>c/o Josiah A. Groff,Dowd, Bloch,<br>Bennett & Cervone,8 S. Michigan Ave., 19<br>Chicago, IL 60603<br><7100-00   General Unsecured § 726(a)(2)> | 10,500.00 | 10,500.00 | 0.00 | 10,500.00 | 0.00 |
| 22 | 04/20/15 | 610 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)> | 11,997.83 | 11,997.83 | 0.00 | 11,997.83 | 0.00 |
| 23 | 04/23/15 | 610 | Portfolio Recovery Associates, LLC<br>Successor to U.S. Bank National Associat<br>POB 12914<br>Norfolk, VA 23541<br><7100-00   General Unsecured § 726(a)(2)> | 4,921.28 | 4,921.28 | 0.00 | 4,921.28 | 0.00 |
| 24 | 04/23/15 | 610 | Portfolio Recovery Associates, LLC<br>Successor to U.S. BANK NATIONAL ASSOCIAT<br>POB 12914<br>Norfolk, VA 23541<br><7100-00   General Unsecured § 726(a)(2)> | 3,016.23 | 3,016.23 | 0.00 | 3,016.23 | 0.00 |
| 25 | 04/23/15 | 610 | Portfolio Recovery Associates, LLC<br>Successor to U.S. Bank National Associat<br>POB 12914<br>Norfolk, VA 23541<br><7100-00   General Unsecured § 726(a)(2)> | 6,437.14 | 6,437.14 | 0.00 | 6,437.14 | 0.00 |
| 26 | 04/23/15 | 610 | Portfolio Recovery Associates, LLC<br>Successor to U.S. BANK NATIONAL ASSOCIAT<br>POB 12914<br>Norfolk, VA 23541<br><7100-00   General Unsecured § 726(a)(2)> | 6,468.38 | 6,468.38 | 0.00 | 6,468.38 | 0.00 |
| | | | **Total for Priority 610:    0% Paid** | **$1,099,363.13** | **$1,099,363.13** | **$0.00** | **$1,099,363.13** | **$0.00** |
| | | | **Total for Unsecured Claims:** | **$1,099,363.13** | **$1,099,363.13** | **$0.00** | **$1,099,363.13** | **$0.00** |
| | | | **Total for Case :** | **$1,350,640.48** | **$1,254,416.56** | **$0.00** | **$1,254,416.56** | **$24,095.90** |

**TRUSTEE'S PROPOSED DISTRIBUTION**     Exhibit D

Case No.: 14-83512
Case Name: UDCHIK, ANTHONY R.
Trustee Name: JAMES E. STEVENS

**Balance on hand:**     $ 24,095.90

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | Northfield Block Company | 32,074.64 | 0.00 | 0.00 | 0.00 |
| 8 -2 | Northfield Block Company | 32,074.64 | 0.00 | 0.00 | 0.00 |
| 8 -3 | Northfield Block Company | 32,074.64 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $ 0.00
Remaining balance:     $ 24,095.90

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 3,164.13 | 0.00 | 3,164.13 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 868.00 | 0.00 | 868.00 |

Total to be paid for chapter 7 administration expenses:     $ 4,032.13
Remaining balance:     $ 20,063.77

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $ 0.00
Remaining balance:     $ 20,063.77

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $151,021.30 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 7P | Illinois Department of Revenue | 138,646.30 | 0.00 | 7,688.77 |
| 9 | Botto Gilbert Lancaster PC | 3,950.00 | 0.00 | 3,950.00 |
| 12 | Dawn M Udchik | 8,425.00 | 0.00 | 8,425.00 |

Total to be paid for priority claims:  $   20,063.77
Remaining balance:  $   0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,099,363.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Campion Curran Lamb & Cunabaugh | 7,284.44 | 0.00 | 0.00 |
| 2 | South Field Corporation | 4,537.39 | 0.00 | 0.00 |
| 3 | Delta Management Group Inc | 91,639.51 | 0.00 | 0.00 |
| 4 | Ridgestone Bank | 686,332.56 | 0.00 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 1,338.44 | 0.00 | 0.00 |
| 6 | TD Auto Finance LLC | 9,073.79 | 0.00 | 0.00 |
| 7U | Illinois Department of Revenue | 12,757.80 | 0.00 | 0.00 |
| 10 | Nicor Gas | 169.88 | 0.00 | 0.00 |
| 11 | Capital Recovery V, LLC | 1,687.13 | 0.00 | 0.00 |
| 13 | Cavalry SPV I, LLC. | 9,894.63 | 0.00 | 0.00 |
| 14 | CAN Capital Asset Servicing Inc | 95,179.58 | 0.00 | 0.00 |
| 15 | Administrative District Council 1 of Il of the I | 28,754.79 | 0.00 | 0.00 |
| 16 | Administrative District Council 1 Welfare | 46,411.26 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | Fund | | | |
| 17 | Bricklayers and Stone Masons of Illinois District | 22,282.44 | 0.00 | 0.00 |
| 18 | Bricklayers and Trowel Trades International | 4,308.63 | 0.00 | 0.00 |
| 19 | Bricklayers Local 21 Pension Fund | 31,988.77 | 0.00 | 0.00 |
| 20 | International Masonry Institute | 2,381.23 | 0.00 | 0.00 |
| 21 | United Order of American Bricklayers & Stone Mason | 10,500.00 | 0.00 | 0.00 |
| 22 | PYOD, LLC its successors and assigns as assignee | 11,997.83 | 0.00 | 0.00 |
| 23 | Portfolio Recovery Associates, LLC | 4,921.28 | 0.00 | 0.00 |
| 24 | Portfolio Recovery Associates, LLC | 3,016.23 | 0.00 | 0.00 |
| 25 | Portfolio Recovery Associates, LLC | 6,437.14 | 0.00 | 0.00 |
| 26 | Portfolio Recovery Associates, LLC | 6,468.38 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**