**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: UDCHIK, ANTHONY R. | § | Case No. 14-83512-TML |
| UDCHIK, TANYA | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 08/12/2015 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  07/16/2015             By:  /s/JAMES E. STEVENS
                                                                                                               Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: UDCHIK, ANTHONY R. | § | Case No. 14-83512-TML |
| UDCHIK, TANYA | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 24,141.25 |
| *and approved disbursements of* | $ 45.35 |
| *leaving a balance on hand of* [1] | $ 24,095.90 |
| **Balance on hand:** | $ 24,095.90 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | Northfield Block Company | 32,074.64 | 0.00 | 0.00 | 0.00 |
| 8 -2 | Northfield Block Company | 32,074.64 | 0.00 | 0.00 | 0.00 |
| 8 -3 | Northfield Block Company | 32,074.64 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 24,095.90 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 3,164.13 | 0.00 | 3,164.13 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 868.00 | 0.00 | 868.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,032.13 |
| Remaining balance: | $ 20,063.77 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 20,063.77 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $151,021.30 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7P | Illinois Department of Revenue | 138,646.30 | 0.00 | 7,688.77 |
| 9 | Botto Gilbert Lancaster PC | 3,950.00 | 0.00 | 3,950.00 |
| 12 | Dawn M Udchik | 8,425.00 | 0.00 | 8,425.00 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 20,063.77 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,099,363.13 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Campion Curran Lamb & Cunabaugh | 7,284.44 | 0.00 | 0.00 |
| 2 | South Field Corporation | 4,537.39 | 0.00 | 0.00 |
| 3 | Delta Management Group Inc | 91,639.51 | 0.00 | 0.00 |
| 4 | Ridgestone Bank | 686,332.56 | 0.00 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 1,338.44 | 0.00 | 0.00 |
| 6 | TD Auto Finance LLC | 9,073.79 | 0.00 | 0.00 |
| 7U | Illinois Department of Revenue | 12,757.80 | 0.00 | 0.00 |
| 10 | Nicor Gas | 169.88 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 11 | Capital Recovery V, LLC | 1,687.13 | 0.00 | 0.00 |
| 13 | Cavalry SPV I, LLC. | 9,894.63 | 0.00 | 0.00 |
| 14 | CAN Capital Asset Servicing Inc | 95,179.58 | 0.00 | 0.00 |
| 15 | Administrative District Council 1 of Il of the I | 28,754.79 | 0.00 | 0.00 |
| 16 | Administrative District Council 1 Welfare Fund | 46,411.26 | 0.00 | 0.00 |
| 17 | Bricklayers and Stone Masons of Illinois District | 22,282.44 | 0.00 | 0.00 |
| 18 | Bricklayers and Trowel Trades International | 4,308.63 | 0.00 | 0.00 |
| 19 | Bricklayers Local 21 Pension Fund | 31,988.77 | 0.00 | 0.00 |
| 20 | International Masonry Institute | 2,381.23 | 0.00 | 0.00 |
| 21 | United Order of American Bricklayers & Stone Mason | 10,500.00 | 0.00 | 0.00 |
| 22 | PYOD, LLC its successors and assigns as assignee | 11,997.83 | 0.00 | 0.00 |
| 23 | Portfolio Recovery Associates, LLC | 4,921.28 | 0.00 | 0.00 |
| 24 | Portfolio Recovery Associates, LLC | 3,016.23 | 0.00 | 0.00 |
| 25 | Portfolio Recovery Associates, LLC | 6,437.14 | 0.00 | 0.00 |
| 26 | Portfolio Recovery Associates, LLC | 6,468.38 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:     $     0.00
Remaining balance:     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:     $     0.00
Remaining balance:     $     0.00

**UST Form 101-7-NFR (10/1/2010)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: **$**    0.00
Remaining balance:     $    0.00

Prepared By: /s/JAMES E. STEVENS
        Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 14-83512-TML
Anthony R. Udchik                                                     Chapter 7
Tanya Udchik
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith           Page 1 of 3            Date Rcvd: Jul 17, 2015
                              Form ID: pdf006          Total Noticed: 105

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2015.
```
db/jdb         +Anthony R. Udchik,    Tanya Udchik,    3808 Monica Trail,    Crystal Lake, IL 60014-4663
22655448       +A&E Maonry Cleaning Inc,    PO Box 92,    Plano, IL 60545-0092
22655451       +AGD Limestone & Masonry,    2209 Railroad Ave,    Bellwood, IL 60104-1663
22655453        AT & T Mobility,    PO Box 5014,    Carol Stream, IL 60197-5014
22655449       +Addison Building Materials,    3201 S Busse Road,    Arlington Heights, IL 60005-4699
23190818       +Administrative District Council 1 Welfare Fund,     c/o Josiah A. Groff,
                 Dowd, Bloch, Bennett & Cervone,    8 S. Michigan Ave., 19th Floor,    Chicago, IL 60603-3315
23190756       +Administrative District Council 1 of Il of the I,     c/o Josiah A. Groff,
                 Dowd, Bloch, Bennett & Cervone,    8 South Michigan Ave., 19th Floor,    Chicago, IL 60603-3315
22817365       +Admistrative District Council Of IL,     c/o Barry M Bennett,   8 S. Michigan Ave, 19th Floor,
                 Chicago, IL 60603-3357
22655450        Advocate Lutheran General Hos,    PO Box 73208,    Chicago, IL 60673-7208
22655452       +Alterra,   245 Roosevelt Rd Bldg 9 Ste 58,     West Chicago, IL 60185-4804
22655457       +BGS Insurance Agency Inc,    3295 N Arlington Hts Rd #111,    Arlington Heights, IL 60004-1588
22655458       +BMI Products of Northern IL,    28919 W. Rt 173,    Antioch, IL 60002-9115
22655455        Berkleynet,   P.O. Box 53580,    Atlanta, GA 30353
22655456        Beta Finance Company, Inc,    Dept 78919,    PO Box 78919,   Detroit, MI 48278-0919
23016133       +Botto Gilbert Lancaster PC,    970 McHenry Avenue,    Crystal Lake, IL 60014-7449
22655459       +Bricklayer Fringe Benefit Funds,    660 N. Industrial Drive,    ste 100,
                 Elmhurst, IL 60126-1520
23190942       +Bricklayers Local 21 Pension Fund,     c/o Josiah A. Groff,   Dowd, Bloch, Bennett & Cervone,
                 8 S. Michigan Ave., 19th Floor,    Chicago, IL 60603-3315
23190853       +Bricklayers and Stone Masons of Illinois District,     Council No. 1 B.A.C. Annuity Trust Fund,
                 c/o Josiah A. Groff,    Dowd, Bloch, Bennett & Cervone,    8 S. Michigan Ave., 19th Floor,
                 Chicago, IL 60603-3315
23190857       +Bricklayers and Trowel Trades International,     Pension Fund,   c/o Josiah A. Groff,
                 Dowd, Bloch Bennett & Cervone,    8 S. Michigan Ave., 19th Floor,    Chicago, IL 60603-3315
22655460       +Burris Equipment,    2216 N. Greenbay Rd,    Waukegan, IL 60087-4275
23187776       +CAN Capital Asset Servicing Inc,    f/k/a New Logic Business Lioans Inc,
                 2015 Vaughn Road, Building 500,    Kennesaw GA 30144-7831
22655466        CBA,   P.O. Box 5013,    Hayward, CA 94540-5013
22655519       ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Staples,     Dept 51 - 7861449147,   P.O. Box 689020,
                 Des Moines, IA 50368-9020)
22655461       +Caine & Weiner,    21210 Erwin St.,    Woodland Hills, CA 91367-3714
22655462       +Campion Curran Lamb & Cunabaugh,    8600 US Highway 14 Ste 201,    Crystal Lake, IL 60012-2700
22655463       +Can Capital,    Michael Solaro,   2015 Vaughn Rd,    Kennesaw, GA 30144-7801
22655464        Capital One,    PO Box 71107,   Charlotte, NC 28272-1107
22655465        Capital One,    PO Box 6492,   Carol Stream, IL 60197-6492
22925115        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
23136510       +Cavalry SPV I, LLC.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd. Ste 200,
                 Tucson, AZ 85712-1083
22655467        Centegra Physician Care,    PO Box 187,    Bedford Park, IL 60499-0187
22655468       +Chase,   PO Box 24696,    Columbus, OH 43224-0696
22655469       +Chicago Scaffolding Inc,    4824 W Lake Street,    Chicago, IL 60644-2608
22655471       +Custom Stone Works,    165 West Stephenie Drive,    Cortland, IL 60112-4081
23132665       +Dawn M Udchik,    331 Hickory Drive,    Crystal Lake IL 60014-3412
22655472       +Delta Management Group Inc,    2499 Rice Street Suite 245,    Saint Paul, MN 55113-3700
22655473       +Elston Materials, LLC,    1420 N Elston Ave,    Chicago, IL 60642-2418
22655474        Esser Hayes Insurance Group,    1811 High Grove Ln,    ste 139,   Naperville, IL 60540-9100
22655475       +Executive Credit Management,    4 Waterloo Road,    Stanhope, NJ 07874-2653
22655476        Fed Ex,   PO Box 94515,    Palatine, IL 60094-4515
22655477       +Franks Gerkin and McKenna,    19333 E Grant Highway,    PO Box 5,   Marengo, IL 60152-0005
22655478        Gastroenterology and Internal Med,    22285 Pepper Rd,    Barrington, IL 60010-2541
22655479       #+Graft & Jordan,    2800 West Higgins Road Suite 980,    Hoffman Estates, IL 60169-7229
22655480       +Gutman & Associates,    4018 N Lincoln Ave,    Chicago, IL 60618-3010
22655481       +Halquist Stone,    P.O. Box 8865,   Carol Stream, IL 60197-8865
22655482        Harley Davidson,    Dept 15129,   Palatine, IL 60055-5129
22655483        Harley Davidson Financial Services,    Dept 15129,    Palatine, IL 60055-5129
22655484       +Hinkley Standard,    6750 Discovery Blvd,    Mableton, GA 30126-4646
22655485       +Illinois Brick Company/Southfield,    8995 West 95th Street,    Palos Hills, IL 60465-5030
22655488        Illinois Tollway,    PO Box 5544,   Chicago, IL 60680-5544
22655489       +Imperial Crane Services, Inc,    7500 W Imperial Drive,    Bridgeview, IL 60455-2395
23190945       +International Masonry Institute,    c/o Josiah A. Groff,    Dowd, Bloch, Bennett & Cervone,
                 8 S. Michigan Ave., 19th Floor,    Chicago, IL 60603-3315
22817366       +International Union of Bricklayers,    660 N. Industrial Drive,    Elmhurst, IL 60126-1520
22655492       +Jerry Castle & Son Hi Lift,    651 E Devon,    Elk Grove Village, IL 60007-6701
22655493       +Laborer's Pension and Welfare,    11465 Cermak Road,    Westchester, IL 60154-5771
22655494       +Laborers Union,    1200 Old Gary Avenue,    Carol Stream, IL 60188-3714
22655495       +Lance C. Martin,    Simon, PLC,   One South Dearborn, Ste 2100,    Chicago, IL 60603-2307
22655496        Lance Construction Supplies,    4225 Ogden Avenue,    Chicago, IL 60623-2977
22655497       +Lange Motor Express Inc,    4201 Doty Rd,    Woodstock, IL 60098-7578
22655498        McHenry Radiologists Imaging Asso,    PO Box 220,    McHenry, IL 60051-0220
```

```
District/off: 0752-3          User: lorsmith              Page 2 of 3                  Date Rcvd: Jul 17, 2015
                              Form ID: pdf006             Total Noticed: 105


22655499       +Meno Stone,    10800 Rt. 83,    Lemont, IL 60439-4700
22655500       +Metrolift, Inc,    679 Heartland Drive,    Sugar Grove, IL 60554-9594
22655501       +Midwest Operating Engineers,    Fringe Benefit Funds,    6150 Joliet Road,
                 La Grange, IL 60525-3956
22655502        National Advertiser Accounting, Inc,    PO Box 595,    Mount Prospect, IL 60056-0595
22655503        Nicor,   PO Box 5407,    Carol Stream, IL 60197-5407
22655504        Nicor Gas,    PO Box 5407,    Carol Stream, IL 60197-5407
22817367       +Northfield Block Company,    c/o Loftus and Loftus,    646 Busse Highway,
                 Park Ridge, IL 60068-2502
22655505       +Northfield Block Company,    One Hunt Court,    Mundelein, IL 60060-4487
23206557      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,
                 Successor to U.S. Bank National Associat,    POB 41067,   Norfolk, VA 23541)
22655511       +Paul Bruggeman DDS,    17 S Virginia Rd,    Crystal Lake, IL 60014-7901
22655512       +Pennell Forklift Service Inc,    Po Box 547,    Jacksonville, IL 62651-0547
22655513        Pitney Bowes,    P.O. Box 371896,    Pittsburgh, PA 15250-7896
22655514        Pitney Bowes Purchase Power,    PO Box 371874,    Pittsburgh, PA 15250-7874
22655515       +Red Mixer Repair,    38455 N Sheridan Road, Lot 720,    Waukegan, IL 60087-1710
22655516       +Ridgestone Bank,    13925 W. North Avenue,    Brookfield, WI 53005-4976
23165105       +Ridgestone Bank,    c/o Attorney Maura K. McKeever,    Simon LLC,
                 One South Dearborn, Suite 2100,    Chicago, IL 60603-2307
23162630       +Ridgestone Bank,    c/o Simon, LLC,    37000 Woodward Ave., Suite 250,
                 Bloomfield Hills, MI 48304-0942
22655518       +SML Design and Mfg. Inc.,    42931 N. Lake Avenue,    Antioch, IL 60002-9027
22817363       +Santander,    POB 961288,    Fort Worth TX 76161-0288
22655517        Sate Farm,    P.O. Box 68001,    Dallas, TX 75368-0001
22859753       +South Field Corporation,    Franks Gerkin McKenna PC,    19333 East Grant Highway,
                 Marengo IL 60152-8234
22655520       +Sturdi Iron,    24001 Western Ave,    Park Forest, IL 60466-3427
22655522       +TCF,    Customer Service,    101 East 5th St, Ste 101,    Saint Paul, MN 55101-1898
22817364       +TCF,    Customer Service,    101 East 5th St, Ste 101,    St Paul MN 55101-1898
22655523        TD Auto Finance,    P.O. Box 9001921,    Louisville, KY 40290-1921
22926032       +TD Auto Finance LLC,    c/o Riezman Berger PC,    7700 Bonhomme 7th Fl,    St Louis MO 63105-1960
22655521        Tate and Kirlin Associates,    2810 Southampton Road,    Philadelphia, PA 19154-1207
22655524       +Top Notch Builders,    1714 W. Oakleaf Drive,    McHenry, IL 60051-6162
22655526      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: US Bank,    PO Box 108,    Saint Louis, MO 63166-9801)
22655525        US Bank,    2253 N. Richmond Rd.,    McHenry, IL 60051-5401
23190964       +United Order of American Bricklayers & Stone Mason,    c/o Josiah A. Groff,
                 Dowd, Bloch, Bennett & Cervone,    8 S. Michigan Ave., 19th Floor,    Chicago, IL 60603-3315
22655532        Wells Fargo Dealer Services,    PO Box 25341,    Santa Ana, CA 92799-5341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22817353       +E-mail/Text: bankrup@aglresources.com Jul 18 2015 00:38:29      (NICOR) Northern Illinois Gas,
                 Attention Bankruptcy & Collections,    PO Box 549,    Aurora IL 60507-0549
23111239        E-mail/PDF: rmscedi@recoverycorp.com Jul 18 2015 00:50:02      Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
22655470        E-mail/Text: legalcollections@comed.com Jul 18 2015 00:40:29      Com Ed,    PO Box 6111,
                 Carol Stream, IL 60197-6111
22817302       +E-mail/Text: legalcollections@comed.com Jul 18 2015 00:40:29      Commonwealth Edison Co,
                 3 Lincoln Center,    Attn: Bankruptcy Section,    Oak Brook Terrace IL 60181-4204
22655486        E-mail/Text: rev.bankruptcy@illinois.gov Jul 18 2015 00:39:28      Illinois Department of Revenue,    100 West Randolph,    Chicago, Il. 60601-3274
22655490        E-mail/Text: cio.bncmail@irs.gov Jul 18 2015 00:38:57      Internal Revenue Service,
                 PO Box 21126,    Philadelphia, PA 19114
22817310       +E-mail/Text: des.claimantbankruptcy@illinois.gov Jul 18 2015 00:40:36
                 Illinois Department of Employment Security,    Bankruptcy Unit Collection Subdivision,
                 33 South State Street 10th Floor,    Chicago IL 60603-2808
23005309        E-mail/Text: rev.bankruptcy@illinois.gov Jul 18 2015 00:39:28
                 Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago IL 60664-0338
22655487        E-mail/Text: des.claimantbankruptcy@illinois.gov Jul 18 2015 00:40:36
                 Illinois Dept of Employment Sec,    Po Box 6996,    Chicago, IL 60680-6996
22655489       +E-mail/Text: dleo@imperialcrane.com Jul 18 2015 00:40:39      Imperial Crane Services, Inc,
                 7500 W Imperial Drive,    Bridgeview, IL 60455-2395
22655491        E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2015 00:44:33      JC Penney/Synchrony Bank,
                 PO Box 960090,    Orlando, FL 32896-0090
23192272       +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2015 00:44:18
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
22655531       +E-mail/Text: edinkel@vikingservice.com Jul 18 2015 00:50:57      Viking Client Services,
                 7500 Office Ridge Circle,    Eden Prairie, MN 55344-3783
23083887       +E-mail/Text: bankrup@aglresources.com Jul 18 2015 00:38:29      nicor gas,    po box 549,
                 Aurora il 60507-0549
                                                                                               TOTAL: 14
```

```
District/off: 0752-3          User: lorsmith              Page 3 of 3                   Date Rcvd: Jul 17, 2015
                              Form ID: pdf006             Total Noticed: 105

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22655454          Att
22655506*        +Northfield Block Company,    One Hunt Court,    Mundelein, IL 60060-4487
22655507*        +Northfield Block Company,    One Hunt Court,    Mundelein, IL 60060-4487
22655508*        +Northfield Block Company,    One Hunt Court,    Mundelein, IL 60060-4487
22655509*        +Northfield Block Company,    One Hunt Court,    Mundelein, IL 60060-4487
22655510*        +Northfield Block Company,    One Hunt Court,    Mundelein, IL 60060-4487
23206573*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,
                   Successor to U.S. BANK NATIONAL ASSOCIAT,    POB 41067,    Norfolk, VA 23541)
22655527*       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:   US Bank,    PO Box 790179,    Saint Louis, MO 63179-0179)
22655528*       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:   US Bank,    PO Box 790408,    Saint Louis, MO 63179-0179)
22655529*       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:   US Bank,    PO Box 790408,    Saint Louis, MO 63179-0179)
22655530*       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:   US Bank,    PO Box 790408,    Saint Louis, MO 63179-0179)
                                                                                  TOTALS: 1, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2015                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2015 at the address(es) listed below:
              Amy N. Carollo    on behalf of Creditor    Laborers' Pension Fund and and Laborers' Welfare Funds
                for the Health and Welfare Department of the Construction and General Laborers District Council
                of Chicago and Vicinity and James S. Jo amy.carollo@gmail.com,
                fundcounsel@gmail.com;taniam@chilpwf.com;vedranaa@chilpwf.com
              James E Stevens    on behalf of Trustee James E Stevens jimstevens@bslbv.com
              James E Stevens    jimstevens@bslbv.com,  IL48@ecfcbis.com
              Josiah A Groff    on behalf of Creditor    Administrative District Council 1 of Illinois of the
                International Union of Bricklayers and Allied Craftworkers, AFL-CIO efile@dbb-law.com,
                JGroff@dbb-law.com
              Kathryn A Klein    on behalf of Creditor    TD Auto Finance LLC iln@riezmanberger.com
              Maura K. McKeever    on behalf of Creditor    Ridgestone Bank mmckeever@simonattys.com,
                mguardiola@simonattys.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Stephen J Costello    on behalf of Joint Debtor Tanya  Udchik steve@costellolaw.com
              Stephen J Costello    on behalf of Debtor Anthony R. Udchik steve@costellolaw.com
                                                                                             TOTAL: 9
```