# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: UDCHIK, ANTHONY R.  § Case No. 14-83512
     UDCHIK, TANYA  §
       §
Debtor(s)  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $591,676.30            Assets Exempt: $63,476.30
*(without deducting any secured claims)*

Total Distribution to Claimants: $20,063.77     Claims Discharged
                                                     Without Payment: $1,230,320.66

Total Expenses of Administration: $4,077.48

    3) Total gross receipts of $ 24,141.25 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $24,141.25 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

Case 14-83512    Doc 39    Filed 11/25/15    Entered 11/25/15 10:54:20    Desc Main
                Document      Page 2 of 7

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $441,200.00 | $96,223.92 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,077.48 | 4,077.48 | 4,077.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 151,021.30 | 151,021.30 | 20,063.77 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 118,500.00 | 1,099,363.13 | 1,099,363.13 | 0.00 |
| **TOTAL DISBURSEMENTS** | $559,700.00 | $1,350,685.83 | $1,254,461.91 | $24,141.25 |

    4) This case was originally filed under Chapter 7 on November 20, 2014. The case was pending for 11 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/29/2015          By: /s/JAMES E. STEVENS
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| stock in Walgreens | 1129-000 | 2,065.25 |
| 2014 FEDERAL INCOME TAX REFUND | 1224-000 | 21,045.00 |
| 2014 STATE INCOME TAX REFUND | 1224-000 | 1,031.00 |
| **TOTAL GROSS RECEIPTS** | | **$24,141.25** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Northfield Block Company | 4210-000 | N/A | 32,074.64 | 0.00 | 0.00 |
| 8 -2 | Northfield Block Company | 4210-000 | N/A | 32,074.64 | 0.00 | 0.00 |
| 8 -3 | Northfield Block Company | 4210-000 | N/A | 32,074.64 | 0.00 | 0.00 |
| NOTFILED | Chase | 4110-000 | 412,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Dealer Services | 4110-000 | 29,200.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$441,200.00** | **$96,223.92** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 3,164.13 | 3,164.13 | 3,164.13 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 868.00 | 868.00 | 868.00 |
| Rabobank, N.A. | 2600-000 | N/A | 32.77 | 32.77 | 32.77 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 12.58 | 12.58 | 12.58 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,077.48 | $4,077.48 | $4,077.48 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7P | Illinois Department of Revenue | 5800-000 | N/A | 138,646.30 | 138,646.30 | 7,688.77 |
| 9 | Botto Gilbert Lancaster PC | 5100-000 | N/A | 3,950.00 | 3,950.00 | 3,950.00 |
| 12 | Dawn M Udchik | 5100-000 | N/A | 8,425.00 | 8,425.00 | 8,425.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $151,021.30 | $151,021.30 | $20,063.77 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Campion Curran Lamb & Cunabaugh | 7100-000 | N/A | 7,284.44 | 7,284.44 | 0.00 |
| 2 | South Field Corporation | 7100-000 | N/A | 4,537.39 | 4,537.39 | 0.00 |
| 3 | Delta Management Group Inc | 7100-000 | 82,000.00 | 91,639.51 | 91,639.51 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Ridgestone Bank | 7100-000 | N/A | 686,332.56 | 686,332.56 | 0.00 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,338.44 | 1,338.44 | 0.00 |
| 6 | TD Auto Finance LLC | 7100-000 | 14,500.00 | 9,073.79 | 9,073.79 | 0.00 |
| 7U | Illinois Department of Revenue | 7100-000 | N/A | 12,757.80 | 12,757.80 | 0.00 |
| 10 | Nicor Gas | 7100-000 | N/A | 169.88 | 169.88 | 0.00 |
| 11 | Capital Recovery V, LLC | 7100-000 | N/A | 1,687.13 | 1,687.13 | 0.00 |
| 13 | Cavalry SPV I, LLC. | 7100-000 | N/A | 9,894.63 | 9,894.63 | 0.00 |
| 14 | CAN Capital Asset Servicing Inc | 7100-000 | N/A | 95,179.58 | 95,179.58 | 0.00 |
| 15 | Administrative District Council 1 of Il of the I | 7100-000 | N/A | 28,754.79 | 28,754.79 | 0.00 |
| 16 | Administrative District Council 1 Welfare Fund | 7100-000 | N/A | 46,411.26 | 46,411.26 | 0.00 |
| 17 | Bricklayers and Stone Masons of Illinois District | 7100-000 | 22,000.00 | 22,282.44 | 22,282.44 | 0.00 |
| 18 | Bricklayers and Trowel Trades International | 7100-000 | N/A | 4,308.63 | 4,308.63 | 0.00 |
| 19 | Bricklayers Local 21 Pension Fund | 7100-000 | N/A | 31,988.77 | 31,988.77 | 0.00 |
| 20 | International Masonry Institute | 7100-000 | N/A | 2,381.23 | 2,381.23 | 0.00 |
| 21 | United Order of American Bricklayers & Stone Mason | 7100-000 | N/A | 10,500.00 | 10,500.00 | 0.00 |
| 22 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 11,997.83 | 11,997.83 | 0.00 |
| 23 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 4,921.28 | 4,921.28 | 0.00 |
| 24 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 3,016.23 | 3,016.23 | 0.00 |
| 25 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 6,437.14 | 6,437.14 | 0.00 |
| 26 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 6,468.38 | 6,468.38 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $118,500.00 | $1,099,363.13 | $1,099,363.13 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-83512  
**Case Name:** UDCHIK, ANTHONY R.  
UDCHIK, TANYA  
**Period Ending:** 10/29/15

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 11/20/14 (f)  
**§341(a) Meeting Date:** 12/23/14  
**Claims Bar Date:** 04/23/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3808 Monica Trail, Crystal Lake | 494,000.00 | 0.00 | | 0.00 | FA |
| 2 | checking and savings at US Bank | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods, furniture and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | computer, cds, dvds and pictures | 300.00 | 0.00 | | 0.00 | FA |
| 5 | necessary wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Retirement Annutiy with Bricklayers Union | 9,676.30 | 0.00 | | 0.00 | FA |
| 7 | Fidelity retirement account | 16,000.00 | 0.00 | | 0.00 | FA |
| 8 | stock in Walgreens<br>See Amended Schedule C filed January 13, 2015. | 7,063.05 | 2,063.05 | | 2,065.25 | FA |
| 9 | 2015 Chevy Equinox 200 miles | 25,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2011 Cadillac Escalade 40,000 miles | 29,200.00 | 0.00 | | 0.00 | FA |
| 11 | 2007 Chevy Tahoe 106,00 miles | 10,000.00 | 0.00 | | 0.00 | FA |
| 12 | 2014 FEDERAL INCOME TAX REFUND  (u) | 21,045.00 | 21,045.00 | | 21,045.00 | FA |
| 13 | 2014 STATE INCOME TAX REFUND  (u) | 1,031.00 | 1,031.00 | | 1,031.00 | FA |
| 14 | Preferential Payment to Niece | 5,000.00 | 0.00 | | 0.00 | FA |
| 14 | **Assets    Totals** (Excluding unknown values) | **$620,815.35** | **$24,139.05** | | **$24,141.25** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     June 11, 2015          **Current Projected Date Of Final Report (TFR):**     June 11, 2015  (Actual)

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 14-83512 | | **Trustee:** | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- |
| **Case Name:** | UDCHIK, ANTHONY R. | | **Bank Name:** | Rabobank, N.A. |
| | UDCHIK, TANYA | | **Account:** | ******4566 - Checking Account |
| **Taxpayer ID #:** | **-***8294 | | **Blanket Bond:** | $780,000.00   (per case limit) |
| **Period Ending:** | 10/29/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/27/15 | {12} | TANYA UDCHIK | 2014 FEDERAL INCOME TAX REFUND | 1224-000 | 21,045.00 | | 21,045.00 |
| 04/27/15 | {13} | TANYA UDCHIK | 2014 STATE OF ILLINOIS TAX REFUND | 1224-000 | 1,031.00 | | 22,076.00 |
| 05/06/15 | {8} | Fidelity Brokerage Services, LLC | sale of Walgreens stock by the Udchiks | 1129-000 | 2,065.25 | | 24,141.25 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.77 | 24,108.48 |
| 06/09/15 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/09/2015 FOR CASE #14-83512, Bond #016018067 | 2300-000 | | 12.58 | 24,095.90 |
| 08/13/15 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $868.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 868.00 | 23,227.90 |
| 08/13/15 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $3,164.13, Trustee Compensation;  Reference: | 2100-000 | | 3,164.13 | 20,063.77 |
| 08/13/15 | 104 | Botto Gilbert Lancaster PC | Dividend paid 100.00% $3,950.00; Claim# 9; Filed: $3,950.00; Reference: | 5100-000 | | 3,950.00 | 16,113.77 |
| 08/13/15 | 105 | Dawn M Udchik | Dividend paid 100.00% on $8,425.00; Claim# 12; Filed: $8,425.00; Reference: | 5100-000 | | 8,425.00 | 7,688.77 |
| 08/13/15 | 106 | Illinois Department of Revenue | Dividend paid  5.54% on $138,646.30; Claim# 7P; Filed: $138,646.30; Reference: | 5800-000 | | 7,688.77 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 24,141.25 | 24,141.25 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 24,141.25 | 24,141.25 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$24,141.25** | **$24,141.25** | |

| | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******4566** | 24,141.25 | 24,141.25 | 0.00 |
| | **$24,141.25** | **$24,141.25** | **$0.00** |

{} Asset reference(s)